**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**YVETTE BARBARA BALDWIN,**

    **Plaintiff,**

    **vs.**                               **Civil Action 2:12-CV-115
Judge Smith
Magistrate Judge King**

**INTERNATIONAL COUNTRY OF
GERMANY,** *et al.,*

    **Defendants.**

## ORDER

On April 3, 2012, the United States Magistrate Judge recommended that the action be dismissed as frivolous within the meaning of 28 U.S.C. § 1915(e) and for lack of jurisdiction over defendants. *Order and Report and Recommendation*, Doc. No. 4. Although plaintiff was advised of her right to object to that recommendation, and of the consequences of her failure to do so, there has been no objection.

The recommendation, Doc. No. 4, is **ADOPTED AND AFFIRMED.** This action is hereby **DISMISSED** as frivolous and for lack of jurisdiction.

The Clerk shall enter **FINAL JUDGMENT** in this action. Moreover, the Court concludes that an appeal from that judgment would not be taken in good faith.

                                                  *s/George C. Smith*
                                                  **George C. Smith, Judge
United States District Court**